JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/28/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRNA MARTINEZ; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>ADIR INTERNATIONAL, LLC DBA CURACAO,<br><br>Defendant. | Case No.: CV14-05505 AB (PLAx)<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL<br><br>HON. ANDRÉ BIROTTE JR. |

Based upon the Parties' Joint Stipulation, and good cause, the Court hereby Orders the Action dismissed without prejudice. Each party shall bear their own costs.

**IT IS SO ORDERED.**

Dated: **July 28, 2015**

_____
Hon. André Birotte Jr.
United States District Court Judge